1  ANN K. JOHNSTON (SBN 145022)
   ajohnston@jo-sm.com
2  TED A. SMITH (SBN 159986)
   tsmith@jo-sm.com
3  JOHNSTON | SMITH
   A Law Corporation
4  1050 Northgate Drive, Suite 510
   San Rafael, CA  94903
5  Tel:  (415) 891-3321 • Fax: (415) 891-3322

6  Attorneys for Defendant
   SENTINEL INSURANCE COMPANY, LTD.
7

8  JON STANLEY HEIM (SBN 105808)
   harperandheim@gmail.com
9  HARPER & HEIM
   7250 Redwood Boulevard, Suite 300
10 Novato, CA 94945
   Tel:  (415) 761-8700
11
   Attorneys for Plaintiffs
12 ERICK PENA, RICHARD WETZEL, and AUTO INTERNATIONAL
   INSURANCE AGENCY, INC., erroneously named herein as ACTIVE AUTO
13 INSURANCE AGENCY, INC.

14
                    **UNITED STATES DISTRICT COURT**
15
                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| ACTIVE AUTO INSURANCE AGENCY, INC., ERICK PENA, and RICHARD WETZEL, | CASE NO. 8:22-cv-01584-FWS-ADS |
| Plaintiffs, | **STIPULATION TO AMEND THE PLEADINGS AND COURT RECORDS TO CORRECT PLAINTIFF'S NAME** |
| vs. | |
| SENTINEL INSURANCE COMPANY, LTD., and DOES 1 to 15, | |
| Defendants. | |

Plaintiffs Erick Pena, Richard Wetzel, and Auto International Insurance Agency, Inc., erroneously named herein as Active Auto Insurance Agency, Inc., and defendant Sentinel Insurance Company, Ltd., collectively representing all parties, stipulate and agree by and between their counsel of record as follows:

1. When plaintiffs filed their original complaint the first-named plaintiff was, and remains, Auto International Insurance Agency, Inc., which was then, and remains, a corporation organized under the laws of the State of California with its principal place of business in Santa Ana, California. However, inadvertantly Auto International Insurance Agency, Inc. is erroneously named in the complaint as Active Auto Insurance Agency, Inc.

ACCORDINGLY, the parties stipulate and agree that in all existing and future pleadings and court records in this action the name "Active Auto Insurance Agency, Inc." will be replaced with the name "Auto International Insurance Agency, Inc." Because this does not materially affect the other allegations of the original complaint or the answer, the parties further agree that the as-modified complaint and answer, and all other documents filed herein, need not be re-filed or re-served.

IT IS SO STIPULATED.

Dated: August 30, 2022

JOHNSTON | SMITH, ALC

By: /s Ted A. Smith_____
    Ann K. Johnston
    Ted A. Smith
Attorneys for Defendant
Sentinel Insurance Company, Ltd.

HARPER & HEIM

Dated: August 30, 2022

By: /s Jon Stanley Heim_____
    Jon Stanley Heim, Esq.
Attorneys for Plaintiffs Erick Pena, Richard Wetzel, and Auto International Insurance Agency, Inc., erroenously named herein as Active Auto Insurance Agency, Inc.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the undersigned attests that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

JOHNSTON | SMITH
A Law Corporation
1050 Northgate Drive, Suite 510
San Rafael, CA 94903

1  Dated: August 30, 2022         JOHNSTON | SMITH, ALC

2

3                                 By: */s Ted A. Smith*_____
                                      Ann K. Johnston
4                                     Ted A. Smith
                                  Attorneys for Defendant
5                                 Sentinel Insurance Company, Ltd.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# Proof of Service

I, the undersigned, am employed in the County of Marin, State of California. I am over the age of 18 and not a party to the within action.

I am employed by Johnston | Smith, A Law Corporation, whose business address is: 1050 Northgate Drive, Suite 510, San Rafael, CA 94903 (the "firm").

On August 30, 2022, I served the documents described as **STIPULATION TO AMEND THE PLEADINGS AND COURT RECORDS TO CORRECT PLAINTIFF'S NAME**, on the interested parties in this action by e-mail and by placing ☐ the original ☒ true copy(ies) thereof, enclosed in sealed envelope(s) with postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 1050 Northgate Drive, Suite 510, San Rafael, CA 94903, addressed as follows:

| | |
|---|---|
| HARPER & HEIM<br>Jon Stanley Heim, Esq.<br>7250 Redwood Boulevard, Suite 300<br>Novato, CA 94945 | Attorneys for Plaintiffs Active Auto Insurance Agency, Inc., Erick Pena, and Richard Wetzel |

harperandheim@gmail.com

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service: it is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postal meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 30, 2022, at San Rafael, California.

_____
TED A. SMITH