**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTO INTERNATIONAL INSURANCE AGENCY, INC., ERICK PENA, and RICHARD WETZEL,<br><br>Plaintiffs,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LTD., and DOES 1 to 15,<br><br>Defendants. | Case No.: 8:22-cv-01584-FWS-ADS<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE [23]**<br><br>Judge: Hon. Fred W. Slaughter |

///

///

///

1

1   Having read and considered the Parties' Stipulation to Dismiss Case [23] (the
2   "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and
3   **ORDERS** the following:

5   The above-captioned matter is **DISMISSED WITH PREJUDICE**, with each
6   party to bear their own attorney's fees and costs.

8   **IT IS SO ORDERED**.

Dated: October 31, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE